IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| S.F., b/n/f S.F. and S.F., <br>     Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 4:10-CV-323-RAS-DDB |
| MCKINNEY INDEPENDENT SCHOOL DISTRICT, <br>     Defendant. | § § § § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 28, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Opposed Motion for Attorneys' Fees (Dkt. 85) be GRANTED in part and DENIED in part and that Plaintiffs be awarded attorneys' fees in the amount of $179,134.13. The report further recommended that final judgment be entered in this matter that Defendant shall take nothing by its counterclaim, that Plaintiffs take nothing by their ADA and Sections 504 & 505 claims, that Plaintiffs' claims under Section 1983 and 1988 be dismissed, and that Plaintiffs be awarded attorneys' fees in the amount of $179,134.13 as a prevailing party.

The court has made a *de novo* review of the objections raised by Plaintiffs and Defendant (*see* Dkts. 93 & 94) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and

1

conclusions of this court.

Therefore, Plaintiffs' Opposed Motion for Attorneys' Fees (Dkt. 85) is GRANTED in part and DENIED in part, Plaintiffs are awarded attorneys' fees in the amount of $179,134.13, and final judgment will be entered as recommended.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE